OCT-25-05 10:00A USMS E/VA Alex Warrants 7032742060 P.02
AO 442 (Rev.6/96 EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

05 - 0 5 5 1 M - 0 1

UNITED STATES OF AMERICA
v.

Kevin A. Hayes

CASE NUMBER : 1:04M211

FILED
OCT 2 5 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Kevin A. Hayes and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice _X_ Probation Violation Petition

charging him or her with (brief description of offense):

See Attached Petition

In Violation of Title 18 United States Code, Section(s) 3565

Katrina Arnott
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/16/04
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ _____   by The Honorable T. Rawles Jones, Jr.

| Date Received | Name and Title of ~~Arresting~~ Reporting Officer | Signature of ~~Arresting~~ Reporting Officer |
|---|---|---|
| | Fitzgerald, Derrick Deputy U.S. Marshal | Derrick Z[signature] |
| Date of Arrest 10/25/05 | | |

OCT 25 '05 10:12                              7032742060        PAGE.02