Prob 12
(Mod. for E.VA 01/05)

# UNITED STATES DISTRICT COURT
## for
### EASTERN DISTRICT OF VIRGINIA

JUN 15

U.S.A. vs. Kevin A. Hayes          Docket No. 1:04M00211-001

Petition on Probation

COMES NOW Amy L. Napier, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kevin A. Hayes, who was placed on supervision by the Honorable Thomas R. Jones, Jr., sitting in the Court at Alexandria, Virginia, on the 15th day of April, 2004, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: None**

DOB:
SSN:
SEX:     Male
RACE:    Black/Non-Hispanic

FBI NO.:
REG. NO.:  None Assigned
ADDRESS:

PHONE:

ORDER OF COURT

Considered and ordered this 15th day of June, 2004 and ordered filed and made a part of the records in the above case.

_____
United States Magistrate Judge

Respectfully,

Amy L. Napier
U.S. Probation Officer

Place Alexandria, Virginia
Date 6-14-04

**CLERK'S OFFICE**

OCT 25 '05 10:12

Petition on Probation
Page 2
RE: HAYES, Kevin A.

OFFENSE: Possession of Paraphernalia (Misdemeanor), Operator After Suspension (Petty), and Using Tags From Another Vehicle (Petty).

SENTENCE: One year supervised probation with the following special conditions: 1) The defendant shall undergo substance abuse testing and/or treatment as directed by the probation office; 2) the defendant shall not violate any local, state, or federal traffic laws; and 3) the defendant shall pay the $45 in special assessment fees within 30 days. On May 14, 2004, a $20 payment was applied toward the special assessment fees.

ADJUSTMENT TO SUPERVISION: The defendant's adjustment to supervised probation has been unsatisfactory.

On April 15, 2004, the defendant was installed on probation and submitted a urine specimen which tested positive for marijuana and opiates. On April 26, 2004, the urine specimen was confirmed positive for marijuana, codeine, and morphine via Gas Chromatography/Mass Spectrometry. On April 27, 2004, the defendant reported to the Probation Office as directed. At that time, he admitted that he was addicted to heroin. In addition, the defendant reported that he was scheduled to enter the detox program at New Beginnings Substance Abuse Program on May 5, 2004. When the defendant was questioned regarding recent drug use, he reported that he last used heroin on April 26, 2004. A urine specimen was collected, which tested positive for marijuana, cocaine and opiates. On May 14, 2004, the urine specimen was confirmed positive for marijuana, cocaine, codeine, and morphine via Gas Chromatography/Mass Spectrometry.

On May 11, 2004, this officer was advised by a staff member of New Beginnings that the defendant entered the detox program on May 5, 2004, and he was scheduled to be release on May 24, 2004.

On May 14, 2004, this officer met with the defendant at the detox center. At that time, the defendant reported that once he was released, he would be residing with his mother a
The defendant was directed to report to the Probation Officer on May 26, 2004. In addition, the defendant was advised that due to his 1990 Rape conviction, he must update the Virginia Sex Offender Registry immediately upon his release with his current address. The defendant reported that he understood the instructions. The defendant failed to report on May 26, 2004 and has failed to update the Sex Offender Registry as instructed.

n May 27, 2004, this officer called the defendant's last reported telephone umber and spoke with the defendant's daughter. She advised that her father as residing with his mother on Republic Court. This officer requested she dvise her father to contact the Probation Office immediately. On June 2, 004, this officer went to the defendant's last reported address and spoke to e defendant's mother, Ms. Hayes. At that time, Ms. Hayes advised that her

Petition on Probation
Page 3
RE: HAYES, Kevin A.

son does not live with her but that he should be visiting her later that day. Ms. Hayes did not know where her son was living. On June 3, 2004, this officer received a voice mail message, dated June 2, 2004, at approximately 5:20 p.m., from the defendant's sister advising that Mr. Hayes had traveled to West Virginia on June 2, 2004. She further advised that the defendant would be contacting this officer telephonically on June 3, 2004. On June 9, 2004, this officer attempted to speak with the defendant's mother; however, no one was home. At the time of this report, no contact has been made with the defendant since his release from the detox program.

VIOLATIONS: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION:     FAILURE TO PAY THE SPECIAL ASSESSMENT FEES WITHIN 30 DAYS.

The Court ordered that the defendant pay $45 in special assessment fees within 30 days. On May 14, 2004, a $20 payment was applied to the fees, which leaves a balance of $25 remaining.

CONDITION 2:           FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED.

On May 26, 2004, the defendant failed to report for a scheduled office appointment.

CONDITION 2:           FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.

The defendant has failed to submit monthly supervision reports for the month(s) of April and May 2004.

CONDITION 7:           USE OF MARIJUANA, COCAINE, AND OPIATES

On April 15, 2004, the defendant was installed on probation and submitted a urine specimen which tested positive for marijuana and opiates. On April 26, 2004, the urine specimen was confirmed positive for marijuana, codeine, and morphine via Gas Chromatography/Mass Spectrometry. On April 27, 2004, a urine specimen was collected, which tested positive for marijuana, cocaine and opiates. On May 15, 2004, the urine specimen was confirmed positive for marijuana, cocaine, codeine, and morphine via Gas Chromatography/Mass Spectrometry.

ALN/cs