AO 94 (Rev. 8/85) Commitment to Another District

**FILED**

OCT 2 6 2005

# United States District Court
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Kevin Hayes

CASE NUMBER:

The defendant is charged with a violation of __18__ U.S.C. __3565__ alleged to have been committed in the __Eastern__ District of __Virginia__.

Brief Description of Charge(s):

Violation of Probation

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

10/25/05
Date

_____
Judicial Officer

**RETURN**

| This commitment was received and executed as follows: | | |
|---|---|---|
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

N